1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                             EASTERN DISTRICT OF CALIFORNIA

10

11   JOHNNY A. DYKES,                          1:07-cv-01876-LJO-GSA (HC)

12                  Petitioner,
                                               ORDER AUTHORIZING
13        vs.                                  IN FORMA PAUPERIS STATUS

14   D. K. SISTO,

15                  Respondent.
     _____/
16

17        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

18   pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

19   proceed *in forma pauperis*.  The petition will be screened in due course.

20        IT IS SO ORDERED.

21   Dated:   **January 2, 2008**                    **/s/ Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28